UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT J. O'CONNOR, | ) | Case No. 05 B 22431 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

    On: **July 19, 2007**                              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                                    $17,445.89

    Disbursements                               $0.00

    Net Cash Available for Distribution         $17,445.89

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $2,494.59 | $70.51 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $6,983.75 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $10,963.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 72.03%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | World Financial Network Nat'l | $349.85 | $252.01 |
| 2. | eCast Settlement/Chase Bank | $2,612.00 | $1,881.44 |
| 3. | RJM Acquisitions | $3,277.95 | $2,361.13 |
| 4. | Citibank/Home Depot | $4,185.40 | $3,014.77 |
| 5. | Citibank/Radio Shack | $538.23 | $387.69 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **June 26, 2007**                                                                                                     For the Court,

By:
**KENNETH S GARDNER**
Kenneth S Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee:   Charles J. Myler, ARDC#2008602
Address:   105 E. Galena Blvd., 8th Floor
           Aurora, IL 60505
Phone:     630-897-8475
Fax:       630-897-8076

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Jun 26, 2007
Case: 05-22431                Form ID: pdf002          Total Served: 32

The following entities were served by first class mail on Jun 28, 2007.
db          +Robert J O'Connor,    46 W 458 Allen Road,    Hampshire, IL 60140-9705
aty         +Charles J Myler,    Myler Ruddy & McTavish,    111 W Downer Pl Ste 400,    Aurora, IL 60506-6110
aty         +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
              Aurora, IL 60505-3338
aty         +Winston Slater,    R. Winston Slater,    109 N. Main Street,    Algonquin, IL 60102-2446
tr          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
              Aurora, IL 60505-3338
9423503     +Academy Collection Service,    10965 Decatur Road,    Philadelphia, PA 19154-3294
9423504     +Account Solutions Group,    P.O. Box 628,    Buffalo, NY 14240-0628
9423505     +Bank One,    P.O. Box 15153,    Wilmington, DE 19886-5153
9423506      Citi Financial Retail Services,    P.O. Box 8019,    South Hackensack, NJ 07606-8019
10406513    +Citibank USA NA,    DBA: Radio Shack,    PO Box 9025,    Des Moines, IA 50368-9025
10406445    +Citibank USA NA,    DBA: Home Depot,    PO Box 9025,    Des Moines, IA 50368-9025
9423507     +Dependon Collection Service,    P.O. Box 6074,    River Forest, IL 60305-6074
9423508     +Direct TV,    P.O. Box 78627,    Phoenix, AZ 85062-8627
9423510     +Dr. Scott Herman DDS,    179 E. Oak Knoll,    Hampshire, IL 60140-9095
9423511     +ER Solutions,    500 SW 7th Street, #A100,    P.O. Box 9004,    Renton, WA 98057-9004
9423512      First American Bank,    201 S. State,    Hampshire, IL 60140
9423513     +GC Services,    P.O. Box 261000,    San Diego, CA 92196-1000
9423514      Hampshire Fitness Center,    102 Park Street,    Hampshire, IL 60140
9423515     +Home Depot,    P.O. Box 530919,    Atlanta, GA 30353-0919
9423516     +MBNA,    P.O. Box 15137,    Wilmington, DE 19886-5137
9423517     +Menards,    P.O. Box 17602,    Baltimore, MD 21297-1602
9423519     +NCC Business Services,    3733 University Blvd West, Suite 30,    Jacksonville, FL 32217-2109
9423518     +Nationwide Credit Inc.,    11080 Magnolia Ave,    Riverside, CA 92505-3047
9423520      Radio Shack,    Processing Center,    Des Moines, IA 50364-0001
9423521     +Structure Express,    P.O. Box 659728,    San Antonio, TX 78265-9728
9423522     +US Cellular c/o Credit Collection,    Payment Processing Center,    P.O. Box 55126,
              Boston, MA 02205-5126
9423523     +Verizon Wireless,    29125 Solon Road,    Solon, OH 44139-3442
9423524     +World Financial Network Bank,    P.O. Box 182746,    Columbus, OH 43218-2746
9740398     +World Financial Network National Bank,    Structure,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9941546    +++eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Jun 27, 2007.
9423509      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 27 2007 02:45:15     Discover Gold,
              P.O. Box 30395,    Salt Lake City, UT 84130-0395
9984602     +E-mail/PDF: ebn@phinsolutions.com Jun 27 2007 02:15:02     RJM Acquisitions LLC,
              assignee of MBNA America Visa,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Myler Ruddy & McTavish
cr*          eCAST Settlement Corporation,    P.O. Box 35480,    Newark, NJ  07193-5480
                                                                                  TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2007**    **Signature:** _Joseph Speetjens_